## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              No. 4:23-cr-7-DPM

JIMMY MUNOZ                                                 DEFENDANT

## JUDGMENT

At trial, the jury found Munoz not guilty as to counts one, two, and three of the Indictment. He is acquitted and discharged. His bond is dissolved. And the Indictment is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 May 2026